| | |
|---|---|
| 1 | William M. Audet (CA117456) |
| | AUDET & PARTNERS, LLP |
| 2 | 221 Main Street Suite 1460 |
| | San Francisco, CA 94105 |
| 3 | Telephone: (415) 568-2555 |
| | Facsimile: (415) 568-2556 |
| 4 | |
| 5 | Attorneys for Plaintiffs, Reba Elkins |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-5394-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| REBA ELKINS,<br>           Plaintiffs,<br>vs.<br>Pfizer Inc., et al.<br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, REBA ELKINS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| DATED: November 9, 2009 | AUDET & PARTNERS, LLP |

By: _____
Counsel's Name
Attorneys for Plaintiff, Reba Elkins

DATED: Dec. 22, 2009    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE