1  William M. Audet (CA117456)
   AUDET & PARTNERS, LLP
2  221 Main Street Suite 1460
   San Francisco, CA 94105
3  Telephone: (415) 568-2555
   Facsimile: (415) 568-2556
4
5  Attorneys for Plaintiffs, Reba Elkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-5394-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| REBA ELKINS,<br>　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, REBA ELKINS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: November 9, 2009        AUDET & PARTNERS, LLP

2

3                                  By: _____
4                                      Counsel's Name
                                       Attorneys for Plaintiff, Reba Elkins
5

6

7  DATED: Dec. 22, 2009            DLA PIPER LLP (US)

8                                  By: _____
                                       Michelle W. Sadowsky
9                                      Attorneys for Defendants

10

11

12  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
13

14
    Dated: JAN - 4 2010
15                                  _____
                                    Hon. Charles R. Breyer
16                                  United States District Court

17

18

19

20

21

22

23

24

25

26

27

28